1  ALEXANDER B. CVITAN (SBN 81746), and
   Email: alc@rac-law.com
2  MARSHA M. HAMASAKI (SBN 102720), Members of
   Email: marshah@rac-law.com
3  REICH, ADELL & CVITAN                                **MADE JS-6**
   A Professional Law Corporation
4  3550 Wilshire Boulevard, Suite 2000
   Los Angeles, California  90010
5  Telephone:  (213) 386-3860; Facsimile:  (213) 386-5583

6  Attorneys for Construction Laborers Trust Funds for
   Southern California Administrative Company, LLC
7

8                 UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | CONSTRUCTION LABORERS TRUST FUNDS FOR   ]   CASE NO. CV11-09924 GW(JLx)
   | SOUTHERN CALIFORNIA ADMINISTRATIVE      ]
12 | COMPANY, a Delaware limited liability   ]
   | company,                                ]   JUDGMENT PURSUANT TO
13 |                                         ]   STIPULATION
   |              Plaintiff,                 ]
14 |                                         ]
   |     vs.                                 ]
15 |                                         ]
   |                                         ]
16 | C & L COATINGS, INC., a California      ]
   | corporation; RANDALL WAYNE MC           ]
17 | CRACKEN, an individual; JEFF MOSLEY,    ]
   | an individual; OLD REPUBLIC             ]
18 | SURETY COMPANY, a Wisconsin             ]
   | corporation, DOE 1 through              ]
19 | DOE 10, inclusive,                      ]
   |                                         ]
20 |              Defendants.                ]
   |_____]
21

22      PURSUANT to the Stipulation for Entry of Judgment by and

23 between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR

24 SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, and Defendant,

25 C & L COATINGS, INC., a California corporation, and good cause

26 appearing therefor:

27      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

28      Judgment is entered in favor of the Plaintiff, CONSTRUCTION

-1-

LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS TRUSTS' ADMINISTRATIVE TRUST FUND ("TRUST FUNDS") and against Defendant, C & L COATINGS, INC., a California corporation ("C&L COATINGS") for the principal sum of 343,289.61 covering the period from January 2006 through January 2012.

The money judgment entered in this action is for known delinquencies covering the inclusive period from January 2006 through January 2012 and TRUST FUNDS' claim relating to the audit of EMPLOYER'S records covered the period through February 2011 only; therefore, as to the period after February 2011, entry of the money judgment in this action shall not be or operate as a bar and/or <u>res judicata</u> as to either the amount of delinquencies which may be discovered by any subsequent audit conducted by Plaintiff and/or the TRUST FUNDS' representatives and/or which may be disclosed through claims by employees, and in any action brought to recover the subsequently disclosed delinquencies.

DATED: April 9, 2012

_George H. Wu_
GEORGE H. WU, JUDGE OF THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party of the within action. My business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

On **April 4, 2012**, I served the foregoing document described as: **[PROPOSED] JUDGMENT PURSUANT TO STIPULATION**, the parties or attorneys for parties in this action who are identified below using the following means of service (if more than one means of service is checked):

**Richard A. Monje, Esq.**
**DAKE, BRAUN & MONJE**
**1801 18th Street**
**Bakersfield, CA 93301**

☐ **BY PERSONAL SERVICE.** I placed __ the original or __ a true and correct copy of the foregoing document in sealed envelope(s) individually addressed to each of the parties listed above, and caused such envelope to be delivered by hand to the offices of each addressee.

☒ **BY MAIL.** I placed __ the original or **x** a true and correct copy of the foregoing document in sealed envelope(s) individually addressed to the parties, and caused each such envelope to be deposited in the mail. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, mail is deposited with the U.S. Postal Service on the same day that it is collected in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **April 4, 2012**, at Los Angeles, California.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

/s/Virginia Alvarez
Virginia Alvarez